**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**            **Case No. 05-30003-001**

**CLIFFORD B. MARSTON**                                                    **DEFENDANT**

### O R D E R

Now on this 15th day of March, 2006, comes on for consideration plaintiff's **Motion To Compel Discovery** (document #35), and the Court, being of the understanding that defendant has now complied with plaintiff's discovery requests, finds that the motion is moot, and it is, therefore, **denied**.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                 **JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**